(No. 927—

JENNIE C. HUTCHINS, ADMINISTRATRIX OF THE ESTATE OF HERBERT
HUTCHINS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 25, 1929.*

DEFREES, BUCKINGHAM, JONES & HOFFMAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

On the 8th day of October, A. D. 1924, Herbert Hutchins
while proceeding along one of the principal highways known
as Michigan City Road, between Michigan City, Indiana, and
Chicago, Illinois, at a point about one-half mile south and
east of the intersection of said Michigan City road and a
street known as 147th Street in Cook County, was thrown.
from his motorcycle, due to striking a deep hole in the road.
He sustained such injuries that he died the same day.

Jennie C. Hutchins, his mother and duly appointed admin-
istratrix of his estate has filed a claim of $10,000.00 damages
against the State of Illinois. Claimant says that Herbert
Hutchins provided the chief means of support for herself,
her daughter, Florence Haegerdorn, and two minor grand-
children. And that the deceased came by his death through
the negligence of the County Superintendent and the officers
of the State Highways of Illinois. That by reason of the
death of said Herbert Hutchins the said Jennie C. Hutchins
and Florence Haegerdorn have been deprived of their means
of support to the damages of the aforesaid sum.

It has been stipulated and agreed by and between the
complainant, Jennie C. Hutchins, administratrix of the

estate of Herbert Hutchins, deceased, by Defrees, Buckingham, Jones & Hoffman, her attorneys and the State of Illinois by Oscar E. Carlstrom, Attorney General, that the cause be dismissed.

It is therefore dismissed as per agreement on file.